Elise MILLER, Plaintiff–Appellant,

v.

GREENVILLE COUNTY SCHOOL DISTRICT; Louis E. Lavely, Jr., Defendants–Appellees.

No. 13–2478.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 25, 2014.

Elise Miller, Appellant Pro Se. Thomas Kennedy Barlow, Kathryn Long Mahoney, Childs & Halligan, Columbia, South Carolina; Rodney Douglas Webb, Greenville County School District, Greenville, South Carolina, for Appellees.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

policy, but argues only that it did not have any such knowledge.

PER CURIAM:

Elise Miller appeals the magistrate judge's * orders denying relief in her employment discrimination action and denying her Fed.R.Civ.P. 59(e) motion to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Miller v. Greenville Cnty. School Dist.,* No. 6:11–cv–03305–KFM (D.S.C. Sept. 18, 2013; Nov. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to proceed before a magistrate judge pursuant to 28 U.S.C.

§ 636(c) (2012).